# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SANDRA WRIGHT, | Case No. 3:11-cv-05467-KLS |
| Plaintiff, | |
| vs. | ORDER ON REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby

ORDERED that the above-captioned case is remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. Upon receipt of this Order, the Appeals Council will remand the case to an administrative law judge for a de novo hearing.

DATED this 14th day of September, 2011.

                                  Karen L. Strombom
                                  United States Magistrate Judge

//

1

Presented by:

2

s/ Daphne Banay
3  DAPHNE BANAY
Special Assistant U.S. Attorney
4  Office of the General Counsel
Social Security Administration
5  701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
6  Telephone: (206) 615-2113
Fax: (206) 615-2531
7  daphne.banay@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23