# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SANDRA WRIGHT,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:11-cv-05467-KLS<br><br><br><br>ORDER ON REMAND |

Based on the stipulation of the parties, it is hereby

ORDERED that the above-captioned case is remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. Upon receipt of this Order, the Appeals Council will remand the case to an administrative law judge for a de novo hearing.

DATED this 14th day of September, 2011.

                                                  Karen L. Strombom
                                                United States Magistrate Judge

//

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2113
Fax: (206) 615-2531
daphne.banay@ssa.gov